NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD HELPHENSTINE,　　　　　　　 )
DOC #H09715,　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellant,　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　　　　　 )　　　Case No. 2D17-3713
　　　　　　　　　　　　　　　　　　　　 )
STATE OF FLORIDA,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Appellee.　　　　　　　　　 )
_____ )


Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Donald Helphenstine, pro se.


PER CURIAM.


　　　　　　Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.